SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
GREGG A. FISCH, Cal. Bar No. 214486
gfisch@sheppardmullin.com
RACHEL PATTA HOWARD, Cal. Bar No. 273968
rhoward@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Defendant
WELLS FARGO CAPITAL
FINANCE, LLC

FILED
CLERK, U.S. DISTRICT COURT
OCT 11 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH L. TYE, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO CAPITAL FINANCE, a California limited liability corporation; and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02418-SJO-E<br><br>Hon. S. James Otero<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION AND PROTECTIVE ORDER |

## ORDER

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated: 10/11, 2016    By: _____

THE HONORABLE ~~S. JAMES OTERO~~
~~UNITED STATES DISTRICT COURT~~
~~JUDGE.~~
Charles F. Eick
United States Magistrate Judge

-1-